# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SEDLEY ALLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GEORGE LITTLE, in his official capacity as )<br>Tennessee's Commissioner of Correction; )<br>RICKY BELL, in his official capacity as Warden, )<br>Riverbend Maximum Security Institution; )<br>JOHN DOE PHYSICIANS 1-100; )<br>JOHN DOE PHARMACISTS 1-100; )<br>JOHN DOE MEDICAL PERSONNEL 1-100; )<br>JOHN DOE EXECUTIONERS 1-100; and )<br>JOHN DOES 1-100, )<br>)<br>Defendants. ) | Case No. 3:06-0340<br>Judge Trauger |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Preliminary Injunction filed by the plaintiff, Sedley Alley (Docket No. 23), to which defendants George Little and Ricky Bell have responded (Docket No. 24), and the plaintiff has replied (Docket No. 25) is **GRANTED**. The plaintiff's execution, scheduled for May 17, 2006, is hereby **STAYED** pending further orders of the court.

It is so ordered.

Enter this 11th day of May 2006.

ALETA A. TRAUGER
United States District Judge