UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SEDLEY ALLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:06-0340 |
| ) | Judge Trauger |
| GEORGE LITTLE, in his official capacity as ) | |
| Tennessee's Commissioner of Correction; ) | |
| RICKY BELL, in his official capacity as Warden, ) | |
| Riverbend Maximum Security Institution; ) | |
| JOHN DOE PHYSICIANS 1-100; ) | |
| JOHN DOE PHARMACISTS 1-100; ) | |
| JOHN DOE MEDICAL PERSONNEL 1-100; ) | |
| JOHN DOE EXECUTIONERS 1-100; and ) | |
| JOHN DOES 1-100, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion to Dismiss filed by defendants George Little and Ricky Bell (Docket No. 15), to which the plaintiff has responded (Docket No. 19) and the defendants have replied (Docket No. 20), is **GRANTED**. Accordingly, the plaintiff's Motion for Status Conference (Docket No. 35), to which the defendant has responded (Docket No. 37), is **DENIED**.

It is so ordered.

Enter this 14th day of June 2006.

ALETA A. TRAUGER
United States District Judge